UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KARANA WALLACE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 4:20-cv-00014 |
| TODDRICK FAIRLEY and LTI TRUCKING SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Toddrick Fairley and LTI Trucking Services. Inc.

Dated: March 6, 2020

Respectfully submitted,

*/s/ R. Gregory Sylvester*
R. Gregory Sylvester (30156-29)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: (317) 663-8570
F: (317) 228-0943
rsylvester@reminger.com
*Counsel for Defendants Toddrick Fairley and LTI Trucking Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this day, March 6, 2019, the foregoing document was filed electronically using the Court's CM/ECF system, which sends electronic notification to all *registered* parties. I further certify that on the same day of filing, a copy of the foregoing document was sent by first class U.S. mail, postage pre-paid, to:

Douglas D. Small
Foley & Small
1002 E. Jefferson Blvd.
South Bend, Indiana 46617
dsmall@foleyandsmall.com
pwatson@foleyandsmall.com
*Counsel for Plaintiff*

Marc J. Lloyd
Fisher Maas Howard Lloyd & Wheeler, P.C.
9765 Randall Drive, Suite F
Indianapolis, IN 46280
mlloyd@fishermaas.com

        */s/ R. Gregory Sylvester*
        R. Gregory Sylvester (#30156-29)
        REMINGER CO., LPA