UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KARANA WALLACE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  4:20-cv-14 |
| ) | |
| TODDRICK FAIRLEY and ) | |
| LTI TRUCKING SERVICES INC. ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Toddrick Fairley and LTI Trucking Services, Inc. ( collectively "Defendants"), by counsel, hereby files this Notice of Removal to remove the above-entitled civil action from Superior Court 1 of Tippecanoe County, Indiana, to this Court based upon the following supporting grounds, appearing solely for the purpose of removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

1. Copies of all process and pleadings filed and/or received by Defendants and the docket sheet for the Tippecanoe County Superior Court 1 action, as of March 6, 2020, are attached hereto and incorporated herein as **Exhibit A**.

2. Defendant, Toddrick Fairley ("Fairley"), is a defendant in the Complaint for Damages filed in Tippecanoe County Superior Court 1, entitled *Karana Wallace v. Toddrick Fairley and LTI Trucking Services, Inc*. under Cause No. 79D01-2001-CT-000005. (a copy of which is attached hereto as **Exhibit A, pp. LTI000004-LTI000006**).

3. Defendant, LTI Trucking Services, Inc. ("LTI"), is a defendant in the Complaint for Damages filed in Tippecanoe County Superior Court 1, entitled *Karana Wallace v. Toddrick Fairley and LTI Trucking Services, Inc.* under Cause No. 79D01-2001-CT-000005. (a copy of which is attached hereto as **Exhibit A, pp. LTI000004-LTI000006**).

4. Plaintiff, Karana Wallace (hereinafter "Plaintiff"), filed her Complaint for Damages on January 14, 2020.  In her Complaint, Plaintiffs allege damages arising from an incident on September 12, 2019, in which Plaintiff claims to have sustained injuries in a motor vehicle collision.  Plaintiff contends that Defendants were negligent.  Plaintiff seeks damages arising out of her injuries.

5. A summons and copy of the Complaint for Damages were served on LTI by certified mail on February 6, 2020.  Thus, this notice of removal is being filed within thirty (30) days after Plaintiff's initial service of a pleading on LTI in this matter and is therefore timely under 28 U.S.C. §1446(b).

6. Plaintiff's Complaint for Damages asserts that Plaintiff was a resident of Decatur County, Indiana, therefore a citizen of Indiana.  *See* **Exhibit A, pp. LTI000004**.

7. Defendant Fairley is a resident and citizen of the state of Mississippi.  *See* **Exhibit A, pp. LTI000004**.

8. Defendant, LTI is a Missouri Corporation with its principal place of business in Missouri, thus a citizen of the State of Missouri. *See* **Exhibit A, pp. LTI000004**.

9. "A case falls within the federal district court's 'original' diversity 'jurisdiction' only if diversity of citizenship among parties is complete, *i.e.*, only if there is no plaintiff and no defendant who are citizens of the same State." *Wis. Dep't of Corrections v. Schacht*,

2

524 U.S. 381, 388 (1998). Because Plaintiffs and Defendants are citizens of different states, there is complete diversity of citizenship between the parties in accordance with 28 U.S.C. § 1332(a).

10. Plaintiff's Complaint for Damages provides no information regarding the value of their claims. However, Plaintiff alleges that she "sustained personal injuries resulting in pain and suffering", that are permanent. Counsel for Plaintiff indicates that Plaintiff sustained a serious injury to her neck that required a cervical fusion surgery, as well as a closed head injury that continues to require medical treatment. Therefore, to the best of Defendant's knowledge, the alleged damages in this case exceed $75,000.

11. "[T]he proponent of [federal] jurisdiction . . . has the burden of showing by a preponderance of the evidence facts that suggest the amount-in-controversy requirement is met. That is easier said than done when the plaintiff, the master of the complaint . . . provides little information about the value of her claims. In such a case, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. Once the defendant in a removal case has established the requisite amount in controversy, the plaintiff can defeat [federal] jurisdiction only if 'it appears to a legal certainty that the claim is really for less than the jurisdictional amount.'" *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006) (internal citations omitted). Thus, based on the information available, the amount in controversy exceeds $75,000, exclusive of interests and costs required under 28 U.S.C. § 1332(a).

12. Accordingly, the requirements for complete diversity and amount in controversy are satisfied, and this court has original jurisdiction pursuant to 28 U.S.C. § 1332(a). This case is subject to removal in accordance with the provisions of 28 U.S.C. § 1441(b) in

that it is a civil action between citizens domiciled in different states and the preponderance of the evidence shows that the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

13. Because the state court action was filed in Tippecanoe County, Indiana, the District Court for the Northern District of Indiana, Lafayette Division, is the proper venue. *See* 28 U.S.C. §§ 1441(a) and 94(a)(2).

14. On March 5, 2020, a Notice of Filing of this Notice of Removal will be filed with the Tippecanoe County Superior Court via that court's electronic filing system, and will be served upon all counsel in this action. A copy of that Notice is attached hereto as **Exhibit B**.

WHEREFORE, Defendant, Toddrick Fairley and LTI Trucking Services, Inc., by counsel, respectfully gives notice that this civil action is removed to this Court from the Tippecanoe County Superior Court.

Respectfully submitted,

 */s/ R. Gregory Sylvester*
R. Gregory Sylvester (30156-29)
Logan C. Hughes (29453-53)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
(317) 663-8570
(317) 228-0943 (fax)
gsylvester@reminger.com
lhughes@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 6th day of March, 2020, via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System

                                           */s/ R. Gregory Sylvester*
                                           R. Gregory Sylvester (30156-29)
                                           REMINGER CO., LPA