This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Karana Wallace v. Toddrick Fairley, LTI Trucking Services, Inc.

| | |
|---|---|
| Case Number | 79D01-2001-CT-000005 |
| Court | Tippecanoe Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 01/14/2020 |
| Status | 01/14/2020 , Pending (active) |

## Parties to the Case

Defendant  Fairley, Toddrick

Address
209 Twin Creek Road
Lucedale, MS 39452

Attorney
Logan Courtney Hughes
*#2495353, Lead, Retained*

8909 Purdue Rd., Suite 200
Indianapolis, IN 46268
317-663-8570(W)

Attorney
Robert Gregory Sylvester
*#3015629, Retained*

Reminger Co., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
317-663-8570(W)

Defendant  LTI Trucking Services, Inc.

Address
411 North 10th Street
#500
St. Louis, MO 63101

Attorney
Robert Gregory Sylvester
*#3015629, Retained*

Reminger Co., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
317-663-8570(W)

Plaintiff     Wallace, Karana



EXHIBIT
A

LTI-00002

<u>Attorney</u>
Jason Alan Shartzer
*#2398949, Lead, Retained*

156 E. Market St.
10th Floor Ste:1000
Indianapolis, IN 46204
317-969-7600(W)

<u>Attorney</u>
Shannon B Mize
*#2290249, Retained*

156 E. Market St.
Suite 1000
Indianapolis, IN 46204
317-872-3836(W)


# Chronological Case Summary

| | |
|---|---|
| 01/14/2020 | **Case Opened as a New Filing** |

| 01/15/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint/Equivalent Pleading

| Filed By: | Wallace, Karana |
|---|---|
| File Stamp: | 01/14/2020 |

| 01/15/2020 | **Appearance Filed** |
|---|---|

Appearance - JAS

| For Party: | Wallace, Karana |
|---|---|
| File Stamp: | 01/14/2020 |

| 01/15/2020 | **Appearance Filed** |
|---|---|

Appearance - SBM

| For Party: | Wallace, Karana |
|---|---|
| File Stamp: | 01/14/2020 |

| 01/15/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons Fairley

| Filed By: | Wallace, Karana |
|---|---|
| File Stamp: | 01/14/2020 |

| 01/15/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons LTI Trucking

| Filed By: | Wallace, Karana |
|---|---|
| File Stamp: | 01/14/2020 |

| 02/06/2020 | **Service Returned Served (E-Filing)** |
|---|---|

Proof of Service to LTI Trucking Services, Inc.

| Filed By: | Wallace, Karana |
|---|---|
| File Stamp: | 02/06/2020 |

LTI-00003

| 02/26/2020 | **Appearance Filed** |
| --- | --- |

APPEARANCE BY ATTORNEY IN CIVIL CASE

|  | For Party: | LTI Trucking Services, Inc. |
| --- | --- | --- |
|  | File Stamp: | 02/25/2020 |

| 02/26/2020 | **Motion for Enlargement of Time Filed** |
| --- | --- |

Defendants' Unopposed Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Complaint

|  | Filed By: | LTI Trucking Services, Inc. |
| --- | --- | --- |
|  | File Stamp: | 02/25/2020 |

| 02/26/2020 | **Order Issued** |
| --- | --- |

|  | Noticed: | Shartzer, Jason Alan |
| --- | --- | --- |
|  | Noticed: | Mize, Shannon B |
|  | Noticed: | Sylvester, Robert Gregory |
|  | Noticed: | Hughes, Logan Courtney |
|  | Order Signed: | 02/26/2020 |

| 02/27/2020 | **Automated ENotice Issued to Parties** |
| --- | --- |

Motion for Enlargement of Time Filed ---- 2/26/2020 : Robert Gregory Sylvester;Jason Alan Shartzer;Logan Courtney Hughes;Shannon B Mize Order Issued ---- 2/26/2020 : Robert Gregory Sylvester;Jason Alan Shartzer;Logan Courtney Hughes;Shannon B Mize

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Wallace, Karana**

Plaintiff

Balance Due (as of 03/06/2020)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 01/15/2020 | Transaction Assessment | 157.00 |
| 01/15/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

LTI000003

**79D01-2001-CT-000005**

Tippecanoe Superior Court 1

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO.: |

| | |
|---|---|
| KARANA WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JURY TRIAL REQUESTED** |
| v. | ) |
| | ) |
| TODDRICK FAIRLEY and | ) |
| LTI TRUCKING SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Karana Wallace, by counsel, and for her Complaint for Damages against the Defendants, Toddrick Fairley and LTI Trucking Services, Inc., alleges and asserts that:

1.      At all times mentioned herein, the Plaintiff, Karana Wallace, was a resident of the County of Decatur, State of Indiana.

2.      At all times relevant herein, the Defendant, Toddrick Fairley, was a resident of the State of Mississippi.

3.      At all times relevant herein, the Defendant, LTI Trucking Services Inc., (hereinafter "LTI"), was a Missouri corporation.

4.      At all times relevant herein the Defendant, Toddrick Fairley, was an employee, agent and representative of the Defendant, LTI, and was acting within the scope and course of that employment.

5.      At all times mentioned herein, there was and now is, in the County of Tippecanoe, State of Indiana, a public thoroughfare known as Interstate 65, which runs generally in a northerly and southerly direction.

LTI-00005

6.    On or about the 12th day of September 2019, Plaintiff, Karana Wallace, was traveling southbound on Interstate 65.

7.    At said time and place, the Defendant, Toddrick Fairley, was driving southbound on Interstate 65 when he disregarded the vehicles driving on the road ahead, failed to yield the right of way, and struck the vehicle ahead of him causing a six-vehicle collision, ultimately striking the Plaintiff's vehicle.

8.    At said time and place, the Defendant, LTI, by and through its servant, agent representative and/or employee, Toddrick Fairley, was careless or negligent in one or more of the following respects:

    a.  The Defendant, Toddrick Fairley, carelessly and negligently failed to maintain a proper lookout for other vehicles using the roadway;

    b.  The Defendant, Toddrick Fairley, carelessly and negligently failed to keep his vehicle under proper control so as to avoid causing a collision with Plaintiff's vehicle;

    c.  The Defendant, Toddrick Fairley, carelessly and negligently operated his vehicle at an unreasonable and unsafe speed under the circumstances; and

    d.  The Defendant, Toddrick Fairley, carelessly and negligently failed to change, alter or divert the course of his vehicle so as to avoid causing a collision with the Plaintiff, Karana Wallace's vehicle.

9.    As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff, Karana Wallace, sustained personal injuries resulting in pain and suffering.

10.    All of said injuries are permanent, except those which are superficial in nature.

11.    In an attempt to treat her injuries and lessen her pain and suffering, the Plaintiff, Karana Wallace, has been required to engage the services of hospitals, physicians, and physical

LTI000005

therapists for medical care and treatment, medication, and X-rays for which she has incurred reasonable medical expenses.

    12.    Plaintiff, Karana Wallace, may require additional medical care and treatment in the future, for which she will incur additional medical expenses.

    13.    At the time of the collision, the Plaintiff, Karana Wallace, was gainfully employed and, as a result of the collision, the Plaintiff was forced to miss work and may miss additional work in the future, thereby incurring additional lost wages.

    14.    As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff has been damaged.

    WHEREFORE, Plaintiff, Karana Wallace, prays for judgment against the Defendants, Toddrick Fairley and LTI Trucking Services Inc., in an amount commensurate with her injuries and damages, for the costs of this action, a trial by jury, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ Jason A. Shartzer
Jason A. Shartzer, Esq. #23989-49
Shannon B. Mize, Esq. #22902-49A
SHARTZER LAW FIRM, LLC
156 E. Market Street
10th Floor, Suite 1000
Indianapolis, Indiana 46204
(317) 969-7600
(317) 969-7650 Fax
jshartzer@shartzerlaw.com
smize@shartzerlaw.com
*Counsel for Plaintiff*

3

**79D01-2001-CT-000005**

Tippecanoe Superior Court 1

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO.: |

KARANA WALLACE, )
)
        Plaintiff, )
)
v. )
)
TODDRICK FAIRLEY and )
LTI TRUCKING SERVICES INC., )
)
        Defendants. )

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

Party Classification:       Initiating  <u>X</u>      Responding  _____    Intervening  _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Karana Wallace**

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

Name:       Jason A. Shartzer, Attorney No. 23989-49
              SHARTZER LAW FIRM, LLC
Address:   156 E. Market Street
              10th Floor, Suite 1000
              Indianapolis, Indiana 46204
Phone:     (317) 969-7600  Fax: (317) 969-7650

3.     There are other party members: Yes ___ No <u>X</u> (If yes, list on continuation page.)

4.     ***If first initiating party filing this case***, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5.     I will accept service by FAX at the above noted #: Yes ____ No <u>X</u>

6.     This case involves support issues. Yes _____ No <u>X</u>

7.     There are related cases: Yes _____ No <u>X</u> (If yes, list on continuation page)

8.     This form has been served on all other parties. Certificate of Service is attached: Yes ___ No <u>X</u>

9.     Additional information required by local rule:

                                         /s/ Jason A. Shartzer
                                       Attorney for Plaintiff

LTI-00008

**79D01-2001-CT-000005**

Tippecanoe Superior Court 1

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO.: |

KARANA WALLACE,                    )
                                   )
            Plaintiff,             )
                                   )
    v.                             )
                                   )
TODDRICK FAIRLEY and               )
LTI TRUCKING SERVICES INC.,        )
                                   )
            Defendants.            )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:     Initiating __X__     Responding _____     Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Karana Wallace**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

Name:       Shannon B. Mize, Attorney No. 22902-49A
            SHARTZER LAW FIRM, LLC
Address:    156 E. Market Street
            10th Floor, Suite 1000
            Indianapolis, Indiana 46204
            smize@shartzerlaw.com
Phone:      (317) 969-7600   Fax: (317) 969-7650

3.    There are other party members: Yes ___ No __X__ (If yes, list on continuation page.)

4.    *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

5.    I will accept service by FAX at the above noted #: Yes _____ No __X__

6.    This case involves support issues.  Yes _____ No __X__

7.    There are related cases: Yes _____ No __X__ (If yes, list on continuation page)

8.    This form has been served on all other parties.  Certificate of Service is attached: Yes ___ No __X__

9.    Additional information required by local rule:

                                        /s/ Shannon B. Mize
                                        Attorney for Plaintiff

LTI000008

LTI-00009

**79D01-2001-CT-000005**

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

Tippecanoe Superior Court 1

# S U M M O N S

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO.: |

KARANA WALLACE,                                )
                                                              )
                  Plaintiff,                            )
                                                              )
         v.                                                 )
                                                              )
TODDRICK FAIRLEY and                      )
LTI TRUCKING SERVICES INC.,           )
                                                              )
                  Defendants.                          )

**TO DEFENDANT:**   **Toddrick C. Fairley**
                                 **299 Twin Creek Road**
                                 **Lucedale, MS 39452**

         You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

         The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

         An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

         If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

         *If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated _1/15/2020_____                    _____ (Seal)
                                                         Clerk, Tippecanoe Superior Court

**(The following manner of service of summons is hereby designated).**
  _X_  Registered or certified mail.

SEAL

Jason A. Shartzer, #23989-49                156 E. Market Street, Suite 1000
SHARTZER LAW FIRM, LLC                    Indianapolis, IN 46204
Counsel for Plaintiff                              (317) 969-7600   (317) 969-7650 Fax

LTI000009

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20___.

    (1)      By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

    (2)      By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

    (3)      Other Service or Remarks:_____.


_____

Sheriff's Costs

_____

Sheriff, Tippecanoe County

By:_____

               Deputy


### *CERTIFICATE OF MAILING*

I hereby certify that on the ____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.


Dated:_____

_____

Printed Name

_____

Signed


### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.


Dated:_____

_____

Printed Name

_____

Signed

LTI-00011

**79D01-2001-CT-000005**

Tippecanoe Superior Court 1

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

# SUMMONS

| STATE OF INDIANA | ) | | IN THE TIPPECANOE SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | | CAUSE NO.: |

KARANA WALLACE,                          )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )
                                         )
TODDRICK FAIRLEY and                     )
LTI TRUCKING SERVICES INC.,              )
                                         )
          Defendants.                    )

**TO DEFENDANT:**     **LTI Trucking Services Inc.**
**411 North 10th Street #500**
**St. Louis, MO 63101**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated_____**1/15/2020**_____                          _____(Seal)
                                                      Clerk, Tippecanoe Superior Court

**(The following manner of service of summons is hereby designated).**
 X   Registered or certified mail.

SEAL

Jason A. Shartzer, #23989-49                156 E. Market Street, Suite 1000
SHARTZER LAW FIRM, LLC                      Indianapolis, IN 46204
Counsel for Plaintiff                       (317) 969-7600   (317) 969-7602

LTI000011

LTI-00012

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20___.

(1)     By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

(2)     By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

(3)     Other Service or Remarks:_____.

_____

Sheriff's Costs

_____

Sheriff, Tippecanoe County

By:_____

Deputy

### *CERTIFICATE OF MAILING*

I hereby certify that on the ____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

_____

Printed Name

_____

Signed

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

Dated:_____

_____

Printed Name

_____

Signed

LTI-00013

Filed: 2/6/2020 11:36 AM
Clerk
Tippecanoe County, Indiana

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$ 6.80

Sent To  LTI Trucking Services
Street and Apt. No., or PO Box No.  411 N 10th Street #500
City, State, ZIP+4®  St Louis MO 63101

7017 0190 0000 1935 0487

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Southerland_    ☐ Agent   ☐ Addressee <br> B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> LTI Trucking Services Inc. <br> 411 North 10th Street, #500 <br> St. Louis, MO 63101 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 3415 7227 3116 71 | 3. Service Type <br> ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☒ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery <br> ☐ Collect on Delivery Restricted Delivery <br> ☐ Insured Mail <br> ☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☒ Return Receipt for Merchandise <br> ☐ Signature Confirmation™ <br> ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) <br> 7017 0190 0000 1935 0487 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

LTI000013

79D01-2001-CT-000005

Tippecanoe Superior Court 1

**SUMMONS**

Filed: 1/14/2020 4:09 PM
Clerk
Tippecanoe County, Indiana

| STATE OF INDIANA | ) | | IN THE TIPPECANOE SUPERIOR COURT |
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | | CAUSE NO.: |

KARANA WALLACE,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
TODDRICK FAIRLEY and               )
LTI TRUCKING SERVICES INC.,        )
                                   )
          Defendants.              )

**TO DEFENDANT:    LTI Trucking Services Inc.**
**411 North 10th Street #500**
**St. Louis, MO 63101**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

*If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), or the Marion County Bar Association Lawyer Referral Service (317-634-3950).

Dated_____**1/15/2020**_____                    _____(Seal)
                                             Clerk, Tippecanoe Superior Court

**(The following manner of service of summons is hereby designated).**
 _X_   Registered or certified mail.

SEAL

Jason A. Shartzer, #23989-49                156 E. Market Street, Suite 1000
SHARTZER LAW FIRM, LLC                       Indianapolis, IN 46204
Counsel for Plaintiff                        (317) 969-7600   (317) 969-7602

LTI000014

### *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20___.

    (1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.

    (2)    By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.

    (3)    Other Service or Remarks:_____.

_____

Sheriff's Costs

_____

Sheriff, Tippecanoe County

By:_____
           Deputy

### *CERTIFICATE OF MAILING*

I hereby certify that on the 22nd day of January, 2020, I mailed a copy of this Summons and a copy of the complaint to the defendant, LTI Trucking by certified mail, requesting a return receipt, at the address furnished by the plaintiff. services Inc.

Dated: 1/22/20

Krishna Moore
Printed Name

K Moore
Signed

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant LTI Trucking Service was accepted by the defendant on the 6th day of February, 2020. [Date not filled in by Inc. recipient.]

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ___ day of _____, 20___.

Dated: 2/6/20

Krishna Moore
Printed Name

K Moore
Signed

Filed: 2/25/2020 4:42 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE) | | CAUSE NO. 79D01-2001-CT-000005 |

KARANA WALLACE )
                    )
    Plaintiff, )
                    )
      v. )
                    )
TODDRICK FAIRLEY and )
LTI TRUCKING SERVICES INC. )
                    )
    Defendants. )

## **ENTRY OF APPEARANCE**

1.     The party on behalf this form is being filed is:

    Initiating _____      Responding __ x __      Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for

    the following parties: **Toddrick Fairley and LTI Trucking Services Inc.**

    Attorney information for service as required by Trial Rule 5(B)(2):

| | | | |
|---|---|---|---|
| Name: | R. Gregory Sylvester | Attorney Number: | 30156-29 |
| | Logan C. Hughes _____ | Attorney Number: | 24953-53 |
| Address: | REMINGER CO., L.P.A. | | |
| | College Park Plaza | | |
| | 8909 Purdue Road, Suite 200 | | |
| | Indianapolis, IN 46268 | | |
| Phone: | (317) 663-8570 | | |
| Fax: | (317) 228-0943 | | |
| Email: | gsylvester@reminger.com | | |
| | lhughes@reminger.com | | |

2.     This is a <u>CT</u> case type as defined by administrative Rule 8(B)(3).

3.     I will accept service by:

Fax at the above note number:    Yes _____    No ___x___.

Email at the above noted address:    Yes __x__    No _____.

4.    This case involves child support issues. Yes _____ No ___x___.

5.    This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes _____    No ___x___.

6.    This case involves a petition for involuntary commitment. Yes _____    No ___x___.

7.    If Yes above, provide the following regarding individual subject to the petition for involuntary commitment. **N/A.**

8.    There are related cases: Yes _____ No ___x___.

9.    Additional information required by local rule: None.

10.    There are other party members: Yes _____    No ___x___.

11.    This form has been served on all other parties and Certificate of Service is attached: Yes ___x___ No _____.

Respectfully submitted,

*/s/ R. Gregory Sylvester*
R. Gregory Sylvester (30156-29)
Logan C. Hughes (29453-53)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
(317) 663-8570
(317) 228-0943 (fax)
gsylvester@reminger.com
lhughes@reminger.com
*Counsel for Defendants*

2

LTI000017

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 25th day of February, 2020, via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System

_/s/ R. Gregory Sylvester_
R. Gregory Sylvester (30156-29)
REMINGER CO., LPA

3

LTI-00019

Filed: 2/25/2020 4:42 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. 79D01-2001-CT-000005 |

| | |
|---|---|
| KARANA WALLACE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TODDRICK FAIRLEY and | ) |
| LTI TRUCKING SERVICES INC. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendants, Toddrick Fairley and LTI Trucking Services, Inc., by counsel, pursuant to Rule 6(B) of the Indiana Rules of Trial Procedure, move the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, up to and including April 1, 2020 and in support therefor would show the Court as follows:

1. Defendants were served with the original Complaint via Certified Mail on February 6, 2020.

2. A responsive pleading to the original Complaint is on or about Monday, March 2, 2020 and said time has not yet expired.

3. That no prior enlargement of time has been requested.

4. That said additional time is necessary to enable counsel to confer with his clients to review the facts and prepare an appropriate response to the Complaint.

5. The undersigned has conferred with counsel for Plaintiff, and he has no objection to this requested extension of time in which to file a responsive pleading.

LTI000019

WHEREFORE, Defendants, Toddrick Fairley and LTI Trucking Services, Inc., by counsel, pray for an additional thirty (30) days, up to and including April 1, 2020, in which to answer or otherwise respond to Plaintiff's Complaint for Damages, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ R. Gregory Sylvester
R. Gregory Sylvester (30156-29)
Logan C. Hughes (29453-53)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
(317) 663-8570
(317) 228-0943 (fax)
gsylvester@reminger.com
lhughes@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 25th day of February, 2020, via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System

/s/ R. Gregory Sylvester
R. Gregory Sylvester (30156-29)
REMINGER CO., LPA

2

| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE) | | CAUSE NO. 79D01-2001-CT-000005 |

KARANA WALLACE )
)
    Plaintiff, )
)
       v. )
)
TODDRICK FAIRLEY and )
LTI TRUCKING SERVICES INC. )
)
    Defendants. )

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

    The Court, having considered the Defendants, Toddrick Fairley and LTI Trucking Services, Inc.'s Motion of Enlargement of Time to answer or otherwise respond to Plaintiff's Complaint, and being duly advised in the premises, hereby approves said Motion.

    **IT IS THEREFORE ORDERED** that Defendants, Toddrick Fairley and LTI Trucking Services, Inc., shall have an additional thirty (30) days, up to and including **April 1, 2020,** in which to Answer or otherwise plead in response to Plaintiff's Complaint.

    So Ordered this 26th day of _____February_____, 2020.

BY: _____
JUDGE, TIPPECANOE COUNTY COURT

**Distribution:**
Counsel of record via the Court's Electronic Filing System