| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. 79D01-2001-CT-000005 |

KARANA WALLACE  )
                )
   Plaintiff,   )
                )
   v.           )
                )
TODDRICK FAIRLEY and )
LTI TRUCKING SERVICES INC. )
                )
   Defendants. )

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants, Toddrick Fairley and LTI Trucking Services, Inc., by counsel, hereby notifies the Court that it has filed the attached Notice of Removal ("Exhibit A") with the United States District Court for the Northern District of Indiana, Lafayette Division, pursuant to 28 U.S.C. §§ 1332 and 1441(a). Pursuant to 28 U.S.C. § 1446(d), this Notice "shall effect removal and the State Court shall proceed no further unless and until the case is remanded."

Respectfully submitted,

/s/ R. Gregory Sylvester
R. Gregory Sylvester (30156-29)
Logan C. Hughes (29453-53)
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
(317) 663-8570
(317) 228-0943 (fax)
gsylvester@reminger.com
lhughes@reminger.com
*Counsel for Defendants*


EXHIBIT B

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document has been filed electronically this ___ day of March, 2020, via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System

              */s/ R. Gregory Sylvester*
              R. Gregory Sylvester (30156-29)
              REMINGER CO., LPA