# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| KARANA WALLACE, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | CAUSE NO.: 4:20-CV-14-PPS-JEM |
| ) | |
| TODDRICK FAIRLEY and ) | |
| LTI TRUCKING SERVICES INC., ) | |
|     Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' Notice of Exchange of Rule 26 Initial Disclosure [DE 14], filed July 9, 2020, and Plaintiff's Notice of Service of Initial Disclosures [DE 15], filed July 10, 2020. Northern District of Indiana Local Rule 26-2 prohibits the routine filing of discovery, with certain exceptions that do not apply in this case. See N.D. Ind. L.R. 26-2(a).

Accordingly, the Court **STRIKES** Defendants' Notice of Exchange of Rule 26 Initial Disclosure [DE 14] and Plaintiff's Notice of Service of Initial Disclosures [DE 15].

SO ORDERED this 10th day of July, 2020.

 s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record